UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOODWILL, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-01700-RSL<br><br>ORDER OF DISMISSAL |

On November 8, 2023, the Court directed plaintiff to file a more definite statement of his claims to clearly and concisely identify the acts of which each named defendant is accused and how those acts violated plaintiff's legal rights. Plaintiff was warned that the failure to timely file an amended complaint asserting a plausible claim for relief would result in dismissal of this action. No response or amended complaint has been filed. The above-captioned matter is therefore DISMISSED.

Dated this 8th day of January, 2024.

　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1