UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

                Plaintiff,

    v.

GOODWILL, *et al.*,

                Defendants.

CASE NO. 2:23-cv-01700-RSL

ORDER

On January 8, 2024, the above-captioned matter was dismissed for failure to state a claim on which relief could be granted. Dkt. # 7. Plaintiff recently filed a document seeking investigative and/or injunctive relief. Dkt. # 8. Most of the specific events that appear to have prompted the new submission occurred (or may occur) long after this matter was dismissed and cannot be raised in this closed proceeding. *See* Dkt. # 8 at 1 (July 23, 2024, sexual assault); Dkt. # 8 at 3 and 6 (July 29, 2024, sexual assault); Dkt. # 8 at 7, 9-10 (inmate grievance forms dated July 23, 2024, July 25, 2024, and July 28, 2024); Dkt. # 8 at 8 (claim of lost property arising after July 18, 2024); Dkt. # 8 at 11 and 17 (Department of Corrections documents regarding alleged violations dated July 19, 2024); Dkt. # 8 at 14-16 (hearing records on the alleged violation dated July 25, 2024); Dkt. # 8 at

ORDER - 1

19 (a medical service request form dated July 27, 2024); and Dkt. # 8 at 20 (concern that King County might issue an invalid warrant when plaintiff was released from custody on August 2, 2024). To the extent plaintiff is alleging past violations of the Washington Public Records Act, Dkt. # 8 at 5-6 and 10, or challenging the state court judgment and sentence entered in 2019, Dkt. # 8 at 13 and 18, the Court lacks jurisdiction to hear such claims.

For all of the foregoing reasons, plaintiff's requests for an investigation and/or injunctive relief are DENIED.

Dated this 7th day of August, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2